# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE M. BRUNS, | CASE NO. CV F 06-1573-LJO-NEW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AMERICAN TAX R ELIEF, LLC, JOO PARK, and VALERIA BARINOVA, | |
| Defendants. / | |

On July 19, 2007, Plaintiff filed a Notice of Voluntary Dismissal (Doc. 12), indicating that Plaintiff voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the notice, and good cause showing, this Court orders: :

I.   This case is DISMISSED without prejudice;

II.  The scheduling conference currently set for July 25, 2007 shall be VACATED; and

IV.  The clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __July 19, 2007__          __/s/ Lawrence J. O'Neill__
                                  UNITED STATES DISTRICT JUDGE

1